IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 16-0144-WS |
| | ) |
| CORDARIUS LAMAR HAYES, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the defendant's motion to dismiss the indictment. (Doc. 18). The government has filed a response and the defendant a reply, (Docs. 23, 27), and the motion is ripe for resolution. After careful consideration, the Court concludes that the motion is due to be granted for reasons set forth in the defendant's briefs and in *United States v. Burton*, 425 F.3d 1008 (5th Cir. 2005). The defendant's motion to dismiss is **granted**. The indictment is **dismissed**.

DONE and ORDERED this 2nd day of November, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

[1]